IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jose Carlos Velez Colon<br><br>Plaintiff<br><br>-v-<br><br>[1] CORELOGIC CREDCO, LLC ;<br>[2] CORELOGIC CREDCO OF PUERTO RICO, INC.<br><br>Defendants | **CIVIL NO:**<br><br>11-218<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

TO THE HONORABLE COURT:

**NOW COMES** Plaintiff, Jose Carlos Velez Colon, pro se, and respectfully states and prays as follows:

### INTRODUCTION

1. This is an action for damages for damages resulting from several violations to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. when Defendants, resellers of consumer reports, intentionally and/or in reckless disregard or negligently failed to establish reasonable procedures to ensure compliance with federal law. Defendants resold Plaintiff's consumer report (1) using a fictitious name and (2) failed to disclose the true identity of the end-user of the report in violation of its statutory duties under, inter alia, section 607(e) of the Fair Credit Reporting Act (FCRA).

## JURISDICTION & VENUE

2. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681q.

3. Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because all defendants are residents of Delaware.

## PARTIES

4. Plaintiff is a consumer as defined in 15 U.S.C. § 1681a.

5. Defendant **CORELOGIC CREDCO, LLC** is a Delaware corporation. It is incorporated as a Limited Liability Company in Delaware since 2005 and its File Number is 4004440. Its Registered Agent in Delaware is **CORPORATION SERVICE COMPANY,** 2711 CENTERVILLE ROAD SUITE 400, WILMINGTON DE. 19808. Phone: (302)636-5401.

6. Defendant **CORELOGIC CREDCO OF PUERTO RICO, INC.** is a Delaware corporation. It is incorporated as a General Corporation in Delaware since 2002 and its File Number is 3483296. Its Registered Agent is **CORPORATION SERVICE COMPANY,** 2711 CENTERVILLE ROAD SUITE 400, WILMINGTON DE. 19808. Phone: (302)636-5401.

7. At all times mentioned herein, Defendants, and each of them, were engaged in the business of reselling credit reports, and were "resellers," as defined by 15 U.S.C. § 1681a and section 607(e) of the Fair Credit Reporting Act.

8. Each of the aforementioned Defendants is responsible in some manner, either by act or omission, strict liability, fraud, deceit, fraudulent concealment, negligence, respondeat superior, breach of contract or otherwise, for the occurrences herein alleged.

9. At all times material hereto and mentioned herein, each of the Defendants sued herein was the agent, servant, employer, joint venturer, partner, division, owner, subsidiary, alias, aider and abettor, assignee and/or alter-ego of each of the remaining Defendants and was at all times acting within the purpose and scope of such agency, servitude, joint venture, division, ownership, subsidiary, alias, assignment, alter-ego, partnership or employment and with the authority, consent, approval and ratification of each remaining Defendant.

10. At all times herein mentioned, each Defendant was acting in concert or participation with each other, and/or aided and abetted the other Defendants, and/or was a joint participant and collaborator in the acts complained of, and/or was the agent or employee of the others in doing the acts complained of herein, each and all of them acting within the course and scope of said agency and/or employment by the others, each and all of them acting in concert one with the other and all together. Each Defendant was the co-conspirator, aider and abettor, agent, servant, employee, assignee and/or joint venturer of each of the other Defendants and was acting within the course and scope of said conspiracy, agency, employment, assignment and/or joint venture and with the permission and consent of each of the other Defendant.

## FACTUAL ALLEGATIONS

### A. DEFENDANTS OBTAINED PLAINTIFF'S CONSUMER REPORT.

11. On January 19, 2011, Defendants obtained some information regarding Plaintiff from a national credit bureau known as Trans Union.

12. Trans Union is, and was during the times relevant to this action, a "consumer reporting agency" as that term is defined at 15 U.S.C.A. § 1681a.

of Defendants violations to federal law is discoverable thought interrogatories, requests for admission and/or depositions.

**B. PLAINTIFF LEARNS THAT DEFENDANTS OBTAINED HIS CONSUMER REPORT**

21. On March 4, 2011, Plaintiff obtained a copy of his consumer report from Trans Union; and a true copy of this report is included as **Exhibit No. I.**

22. Exhibit No. I contains a section titled "Regular Inquiries" and the following language immediately follows:

> *The following companies have received your credit report. Their inquiries remain on your credit report for two years.*

23. One of the "inquiries" listed under the "Regular Inquiries" section of Exhibit No. 1 is described as follows:

> *ECONOMIC DEVELOPMENT via FIRST AMERICAN CREDCO*
> *248 FRANKLIN D ROO AVE STE 305*
> *HATO REY , PR 00917*
> *(787) 274-7474*
>
> *Requested On: 01/19/2011*
> *Permissible Purpose: Credit Transaction*
> *Inquiry type: Individual.*

24. On March 19, 2011, Defendants knowingly certified to Trans Union that an inexistent company, FIRST AMERICAN CREDCO, was procuring Velez's consumer report; when the actual parties who procured the report were two Delaware corporations, Defendants **CORELOGIC CREDCO OF PUERTO RICO, INC. and CORELOGIC CREDCO LLC.**

25. Contrary to what Defendants certified to Trans Union, Defendants identity at the time was not was not "First American Credco."

32. As a result of Defendants conduct, third parties who will use Plaintiff's consumer report for one of the permissible purposes set forth in section 604 of the FCRA will incorrectly believe that Plaintiff engaged in business transactions or dealings with an entity named "Economic Development" who is located at *"248 FRANKLIN D ROO AVE STE 305*, HATO REY , PR 00917. (787) 274-7474" when this information is false and/or misleading in violation of the FCRA.

33. Section 607(e)(1)(A) of the FCRA provides that a reseller of consumer reports may "procure a consumer report for purposes of reselling the report (or any information in the report)" only if it discloses "the identity of the end-user of the report (or information)" to the credit bureau. Section 609(a)(3) requires the credit bureau, when responding to a consumer attempting to determine who has accessed his file, to identify the end-user -- not the intermediary -- as the recipient of the report. Thus, the amended FCRA results in the consumer being provided with the parties who actually used his or her credit file information.

34. Defendants failed to establish reasonable procedures and willfully or grossly negligently acted in disregard to their statutory duties under, inter alia, section 607(e)(2)(A)

35. The foregoing acts and omissions of Defendants constitute numerous and multiple violations of the FCRA including, but not limited to, of the above-cited provisions of the FCRA, 15 U.S.C. § 1681 et seq., with respect to Plaintiff.

36. As a result of Defendants' violations of the FCRA, Plaintiff is entitled any actual damages and statutory damages sustained by the consumer as a result of the failure or pursuant to 15 U.S.C. § 1681n(a)(1)(a); punitive damages as the court may allow pursuant to 15

U.S.C. § 1681n(a)(2); and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1681n(a)(3), from Defendants herein.

## CAUSES OF ACTION

### COUNT I
### CORELOGIC FAILED TO IDENTIFY THEMSELVES
### 15 U.S.C.A. § 1681 et seq.

37. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as fully stated herein.

38. Defendants obtained Plaintiff consumer report for resale and willfully or grossly negligent disguised their true identity as resellers. Defendants conduct was a deviation from the strictures of the FCRA that unreasonably and unduly damaged the accurateness of Plaintiff's consumer report. Defendants failed to maintain reasonable procedures to comply with the FCRA.

### COUNT II
### CORELOGIC CONCEALED THE IDENTITY
### OF THE END-USER OF THE REPORT
### 15 U.S.C.A. § 1681 et seq.

39. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

40. Defendants willfully and/or grossly negligent or negligently concealed the identity, of **BANCO**, e.g. actual name and contact information, in violation of its statutory duties under the FCRA. Defendants failed to maintain reasonable procedures to comply with their obligations under section 607(e) of the FCRA. Defendants conduct was a deviation from the strictures of the FCRA that unreasonably and unduly damaged the accurateness of Plaintiff's consumer report.

41. Defendants conduct was intentional or reckless because it failed to establish reasonable procedures, supervision and training to its employees with regard to their obligations under the FCRA; and Defendants intentionally or recklessly failed to comply with the FCRA when it obtained and used Plaintiff's consumer report in violation of section 607(e), actionable under 15 U.S.C.A. § 1681q, with civil sanctions available under 15 U.S.C.A. §§ 1681n or 1681o. Accordingly, Plaintiff seeks, inter alia, statutory and punitive damages pursuant to *Safeco Ins. Co. v. Burr*, No. 06-84, 2007 U.S. LEXIS 6963 (June 4, 2007) in view of Defendants' reckless disregard to their statutory duties.

42. One of the cardinal goals of the FCRA is to protect the accuracy of consumer reports for the reason inaccurate reports affect the banking industry, the consumer, and the macroeconomics of this Nation. If users of consumers reports adopt the habit of certifying inaccurate information to consumer reporting agencies, then other legitimate users of consumer reports will take action based on inaccurate and erroneous information. Thus, the aegis protection of the FCRA over the economy is damaged.

## TRIAL BY JURY

43. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against each Defendant:

- For an award of actual damages or statutory damages of one thousand dollars ($1,000) pursuant to 15 U.S.C. § 1681n(a) or 15 U.S.C.A. § 1681o against Defendants and for Plaintiff.

- For an award of punitive damages as the court may allow pursuant to 15 U.S.C. § 1681n(a)(2).

- Prejudgment interests pursuant to 15 U.S.C. § 1681 et.seq.

- For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1681(a)(3) against Defendants and for Plaintiff; and

- For such other and further relief as may be just and proper.

Respectfully submitted,

Dated: March 2, 2011

Jose Carlos Velez Colon

PO BOX 142574
Arecibo, PR 00614
Telephone: (787) 457-4434
E-mail: jcvelezcolon@yahoo.com
IN PRO SE

3/4/2011                                                       TransUnion



Exhibit F

your products    your account    help    logout

| welcome | credit report | score | security freeze | 3-in-1 report | credit monitoring | debt analysis | learning center | savings source |

transunion credit report    report an inaccuracy    consumer rights

# Personal Credit Report

JOSE CARLOS VELEZ COLON
Source: TransUnion

Get Instant Message Updates
About Your Credit Report

- Alerts you to possible fraud
- Sent to your desktop
- No need to check email

Free downloadable application
Learn more >>

High Debt?
Erase it Here 

March 4, 2011
Available until April 3, 2011

Capital One
Card Offers 

Refinance!
GTLenders.com

 **Display a printer friendly version**

**Found an inaccuracy? Click to learn about correcting**

### Personal Information

File Number: 234378941
Date issued: 03/04/2011

| Name: | JOSE CARLOS VELEZ COLON | SSN: | -8429 |
| | | Date of Birth: | /1982 |

You have been on our files since 05/2003

Telephone    457-4434

### CURRENT ADDRESS

Address:     PO BOX 142574
             ARECIBO, PR 00614

Date Reported: 04/2006

### PREVIOUS ADDRESSES

Address:     3600 S. LAS VEGAS BV.
             LAS VEGAS, NV 89109

Date Reported: 03/2006

Address:     PO BOX 6693
             MAYAGUEZ, PR 00681

### EMPLOYMENT DATA REPORTED

Employer Name: AGRONOMO
Date Verified: 05/2009

Position:
Date Hired:

Employer Name: HIDROCULTIVOS JC
Date Reported: 03/2005

Position:
Date Hired:

Employer Name: SE AGRICULTURA
Location:      HATILLO, PR
Date Reported: 02/2005

Position:     NEGOCIO PROPIO
Date Hired:

Special Notes: The display of your account numbers has been modified for your protection. Also if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

### Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

...transunion.com/tab/product/.../single                                                                                          1/12

3/4/2011                                                TransUnion

## Adverse Accounts

The following accounts contain information that some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

### BANCO DE DESARR ECON PR #

| | | | | |
|---|---|---|---|---|
| PO BOX 2134 | Balance: | $4,211 | Pay Status: | >30 Days Past Due< |
| SAN JUAN, PR 00922-2134 | Date Updated: | 02/2011 | Account Type: | Installment Account |
| (809) 766-4300 | High Balance: | $15,340 | Responsibility: | Individual Account |
| | Past Due: | >$203< | Date Opened: | 09/2005 |
| | Terms: | $191 for 85 months | | |

**Loan Type:** Agricultural Loan
>Maximum delinquency of 60 days in 06/2007<
**Estimated date that this item will be removed:** 01/2018

Late Payments  48 months   Last 48   OK OK OK OK OK OK OK OK OK X OK OK OK OK OK X OK X OK OK OK OK OK OK
                                      '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb
30 60 90                    Months    OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK 60 OK OK OK OK OK
>3< >1<  0                            '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may apr mar feb

### BANCO DE DESARR ECON PR #

| | | | | |
|---|---|---|---|---|
| PO B 2134 | Balance: | $7,088 | Pay Status: | Paid or Paying as Agreed |
| SAN JUAN, PR 00922 | Date Updated: | 02/2011 | Account Type: | Revolving Account |
| (787) 641-4300 | High Balance: | $7,158 | Responsibility: | Individual Account |
| | Credit Limit: | $7,000 | Date Opened: | 03/2005 |
| | Past Due: | $0 | | |
| | Terms: | Minimum $148 | | |

**Loan Type:** Credit Card

Late Payments  48 months   Last 48   OK OK OK OK OK OK 30 OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
                                      '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb
30 60 90                    Months    OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
>1<  0  0                             '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may apr mar feb

### BANCO DE DESARR ECON PR #

| | | | | |
|---|---|---|---|---|
| PO BOX 2134 | Balance: | $0 | Pay Status: | Paid or Paying as Agreed |
| SAN JUAN, PR 00922-2134 | Date Updated: | 08/2007 | Account Type: | Installment Account |
| (809) 766-4300 | High Balance: | $23,260 | Responsibility: | Individual Account |
| | Past Due: | $0 | Date Opened: | 09/2005 |
| | Terms: | $0 for 13 months | Date Closed: | 08/2007 |

**Loan Type:** Agricultural Loan
**Remark:** Closed
>Maximum delinquency of 120+ days in 02/2007<

Late Payments  22 months   Last 22   120 120 120 120 120 120 90 60 30 OK OK OK X OK OK X X X OK OK OK OK
                                      jul jun may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov oct
30 60 90                    Months
>1< >1< >7<

### BANK OF AMERICA #

| | | | | |
|---|---|---|---|---|
| 9000 SOUTHSIDE BLV | Balance: | $4,457 | Pay Status: | >60 Days Past Due< |
| BLDG 600 FL9-600-0 | Date Updated: | 02/2011 | Account Type: | Installment Account |
| JACKSONVILLE, FL 32256 | High Balance: | $18,814 | Responsibility: | Individual Account |
| (800) 215-6195 | Past Due: | >$660< | Date Opened: | 12/2005 |
| | Terms: | $330 for 72 months | | |

**Loan Type:** Automobile
>Maximum delinquency of 90 days in 06/2007<
**Estimated date that this item will be removed:** 12/2017

Late Payments  48 months   Last 48   30 OK OK 30 OK OK 30 30 OK OK OK OK 30 OK OK OK OK OK 60 30 OK OK OK OK
                                      '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb
30 60 90                    Months    30 OK OK OK 30 OK OK OK OK OK OK OK 30 OK OK 30 30 90 60 30 OK OK
>12< >2< >1<                          '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may apr mar feb

3/4/2011 TransUnion

## CREDIT PROTECTION ASSOC #

13355 NOEL RD
STE 2100
DALLAS, TX 75240
(972) 233-9614

| | | | |
|---|---|---|---|
| Balance: | $198 | Pay Status: | >Collection Account< |
| Date Updated: | 02/2011 | Account Type: | Open Account |
| Original Balance: | $198 | Responsibility: | Individual Account |
| Original Creditor: | 1 1 ONELINK COMMUNICATIONS | | |
| Past Due: | >$198< | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [07/2010]
**Estimated date that this item will be removed:** 05/2017

## TOYOTA MOTOR CREDIT CORP #

5005 N RIVER BLVD
CEDAR RAPIDS, IA 52411-6634
Phone number not available

| | | | |
|---|---|---|---|
| Balance: | $1,253 | Pay Status: | >30 Days Past Due< |
| Date Updated: | 01/2011 | Account Type: | Installment Account |
| High Balance: | $22,556 | Responsibility: | Individual Account |
| Past Due: | >$313< | Date Opened: | 04/2005 |
| Terms: | $313 for 72 months | | |

**Loan Type:** Automobile
**Remark:** Dispute resolved - customer disagrees
>Maximum delinquency of 60 days in 07/2010 for $538<
**Estimated date that this item will be removed:** 11/2017

Late Payments
48 months      Last 48
[30] [60] [90]  Months
>5< >3<  0

OK 60 30 OK 60 60 30 OK 30 OK OK OK OK OK OK OK OK OK OK OK OK OK 30 OK
dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb '09
OK OK 30 OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may apr mar feb '07

## VERIZON WIRELESS #

PO BOX 70367
SAN JUAN, PR 00936-8367
(787) 759-6000

| | | | |
|---|---|---|---|
| Balance: | | Pay Status: | >60 Days Past Due< |
| Date Updated: | 12/2008 | Account Type: | Open Account |
| High Balance: | $13 | Responsibility: | Individual Account |
| | | Date Opened: | 09/2008 |

**Loan Type:** Cellular
>Maximum delinquency of 60 days in 12/2008<
**Estimated date that this item will be removed:** 10/2015

## Satisfactory Accounts

The following accounts are reported with no adverse information.

## ACCESS GROUP INC #

1411 FOULK RD
POB 7430
WILMINGTON, DE 19803-2727
(800) 282-1550

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 08/2010 | Account Type: | Installment Account |
| High Balance: | $8,188 | Responsibility: | Individual Account |
| Past Due: | $0 | Date Opened: | 09/2009 |
| Terms: | $102 for 120 months | Date Closed: | 08/2010 |

**Loan Type:** Student Loan
**Remark:** Closed

Late Payments
10 months      Last 10
[30] [60] [90]  Months
0   0   0

OK OK OK OK OK OK OK OK OK OK
jul jun may apr mar feb '10 dec nov oct

## ACCESS GROUP INC #

1411 FOULK RD
POB 7430
WILMINGTON, DE 19803-2727
(800) 282-1550

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 08/2010 | Account Type: | Installment Account |
| High Balance: | $8,500 | Responsibility: | Individual Account |
| Past Due: | $0 | Date Opened: | 09/2009 |
| Terms: | $98 for 120 months | Date Closed: | 08/2010 |

**Loan Type:** Student Loan
**Remark:** Closed

Late Payments
10 months      Last 10

OK OK OK OK OK OK OK OK OK OK

3/4/2011                                TransUnion

| 30 | 60 | 90 |        Months    jul jun may apr mar feb '10 dec nov oct
| 0  | 0  | 0  |

### ACCESS GROUP INC #:           *

1411 FOULK RD              Balance:        $0                    Pay Status:       Paid or Paying as Agreed
POB 7430                   Date Updated:   09/2009                Account Type:     Installment Account
WILMINGTON, DE 19803-2727  High Balance:   $8,500                 Responsibility:   Individual Account
(800) 282-1550             Past Due:       $0                     Date Opened:      10/2008
                           Terms:          $98 for 120 months     Date Closed:      09/2009

**Loan Type:** Student Loan
**Remark:** Closed

**Late Payments**
10 months                Last 10        OK OK OK OK OK OK OK OK OK OK
| 30 | 60 | 90 |         Months         aug jul jun may apr mar feb '09 dec nov
| 0  | 0  | 0  |

### ACCESS GROUP INC #:           **

1411 FOULK RD              Balance:        $0                    Pay Status:       Paid or Paying as Agreed
POB 7430                   Date Updated:   09/2009                Account Type:     Installment Account
WILMINGTON, DE 19803-2727  High Balance:   $11,080                Responsibility:   Individual Account
(800) 282-1550             Past Due:       $0                     Date Opened:      10/2008
                           Terms:          $145 for 120 months    Date Closed:      09/2009

**Loan Type:** Student Loan
**Remark:** Closed

**Late Payments**
10 months                Last 10        OK OK OK OK OK OK OK OK OK OK
| 30 | 60 | 90 |         Months         aug jul jun may apr mar feb '09 dec nov
| 0  | 0  | 0  |

### AES #

POB 2461                   Balance:        $0                    Pay Status:       Paid or Paying as Agreed
HARRISBURG, PA 17102-2461  Date Updated:   09/2005               Account Type:     Installment Account
(800) 233-0557             High Balance:   $2,700                 Responsibility:   Individual Account
                           Collateral:     DEFERRED TO 06212005   Date Opened:      03/2004
                           Past Due:       $0                     Date Closed:      09/2005
                           Terms:          $0 for 1 months

**Loan Type:** Student Loan
**Remark:** Account closed by consumer

**Late Payments**
17 months                Last 17        OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
| 30 | 60 | 90 |         Months         aug jul jun may apr mar feb '05 dec nov oct sep aug jul jun may apr
| 0  | 0  | 0  |

### AES #

POB 2461                   Balance:        $0                    Pay Status:       Paid or Paying as Agreed
HARRISBURG, PA 17102-2461  Date Updated:   09/2005               Account Type:     Installment Account
(800) 233-0557             High Balance:   $2,750                 Responsibility:   Individual Account
                           Collateral:     DEFERRED TO 06212005   Date Opened:      10/2004
                           Past Due:       $0                     Date Closed:      09/2005
                           Terms:          $0 for 1 months

**Loan Type:** Student Loan
**Remark:** Account closed by consumer

**Late Payments**
10 months                Last 10        OK OK OK OK OK OK OK OK OK OK
| 30 | 60 | 90 |         Months         aug jul jun may apr mar feb '05 dec nov
| 0  | 0  | 0  |

### AES/ BANK OF NEW YORK US #

POB 2461                   Balance:        $4,250                Pay Status:       Paid or Paying as Agreed
HARRISBURG, PA 17102-2461  Date Updated:   01/2011               Account Type:     Installment Account

3/4/2011      TransUnion
(800) 233-0557

| | |
|---|---|
| High Balance: | $4,250 |
| Collateral: | DEFERRED TO 07312011 |
| Past Due: | $0 |
| Terms: | $0 for 119 months |
| Responsibility: | Individual Account |
| Date Opened: | 01/2007 |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
47 months — Last 47 Months
30 60 90
0  0  0

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb '09

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may apr mar feb

### AES/ BANK OF NEW YORK US #!

POB 2461
HARRISBURG, PA 17102-2461
(800) 233-0557

| | | | |
|---|---|---|---|
| Balance: | $5,000 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 01/2011 | Account Type: | Installment Account |
| High Balance: | $5,000 | Responsibility: | Individual Account |
| Collateral: | DEFERRED TO 07312011 | Date Opened: | 01/2007 |
| Past Due: | $0 | | |
| Terms: | $0 for 119 months | | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
47 months — Last 47 Months
30 60 90
0  0  0

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb '09

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may apr mar feb

### BANK OF AMERICA #:

PO BOX 17054
WILMINGTON, DE 19850-7054
(800) 421-2110

| | | | |
|---|---|---|---|
| Balance: | $2,561 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 02/2011 | Account Type: | Revolving Account |
| High Balance: | $2,561 | Responsibility: | Individual Account |
| Credit Limit: | $2,500 | Date Opened: | 09/2003 |
| Past Due: | $0 | | |
| Terms: | Minimum $88 | | |

**Loan Type:** Credit Card

**Late Payments**
33 months — Last 33 Months
30 60 90
0  0  0

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
'11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb

OK OK OK OK OK OK OK OK OK
'09 dec nov oct sep aug jul jun may

### CITIFINANCIAL #

APTDO 1962
ARECIBO, PR 00613
(787) 878-5000

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 09/2005 | Account Type: | Installment Account |
| High Balance: | $3,000 | Responsibility: | Individual Account |
| Past Due: | $0 | Date Opened: | 03/2005 |
| Terms: | $115 for 42 months | Date Closed: | 09/2005 |

**Loan Type:** Unsecured
**Remark:** Closed

**Late Payments**
5 months — Last 5 Months
30 60 90
0  0  0

OK OK OK OK OK
aug jul jun may apr

### FEDLOAN SERVICING #

POB 69184
HARRISBURG, PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| Balance: | $8,188 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 01/2011 | Account Type: | Installment Account |
| High Balance: | $8,188 | Responsibility: | Individual Account |
| Collateral: | DEFERRED TO 07312011 | Date Opened: | 09/2009 |
| Past Due: | $0 | | |
| Terms: | $0 for 119 months | | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
3 months — Last 3 Months
30 60 90
0  0  0

OK OK OK
dec nov oct

3/4/2011                                               TransUnion

## FEDLOAN SERVICING #

POB 69184
HARRISBURG, PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| Balance: | $8,500 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 01/2011 | Account Type: | Installment Account |
| High Balance: | $8,500 | Responsibility: | Individual Account |
| Collateral: | DEFERRED TO 07312011 | Date Opened: | 09/2009 |
| Past Due: | $0 | | |
| Terms: | $0 for 120 months | | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
3 months         Last 3 Months    OK OK OK
30 60 90                          dec nov oct
0   0  0

## FEDLOAN SERVICING #

POB 69184
HARRISBURG, PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| Balance: | $4,250 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 01/2011 | Account Type: | Installment Account |
| High Balance: | $4,250 | Responsibility: | Individual Account |
| Collateral: | DEFERRED TO 07312011 | Date Opened: | 10/2010 |
| Past Due: | $0 | | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
2 months         Last 2 Months    OK OK
30 60 90                          dec nov
0   0  0

## FEDLOAN SERVICING #

POB 69184
HARRISBURG, PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| Balance: | $4,490 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 01/2011 | Account Type: | Installment Account |
| High Balance: | $4,490 | Responsibility: | Individual Account |
| Collateral: | DEFERRED TO 07312011 | Date Opened: | 10/2010 |
| Past Due: | $0 | | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
2 months         Last 2 Months    OK OK
30 60 90                          dec nov
0   0  0

## Fed Loan Servicing #

PO Box 69184
HARRISBURG, PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| Balance: | $8,500 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 01/2011 | Account Type: | Installment Account |
| High Balance: | $8,500 | Responsibility: | Individual Account |
| Collateral: | DEFERRED TO 07312011 | Date Opened: | 10/2008 |
| Past Due: | $0 | | |
| Terms: | $0 for 119 months | | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
14 months        Last 14 Months   OK OK OK OK OK OK OK OK OK OK OK OK OK OK
30 60 90                          dec nov oct sep aug jul jun may apr mar feb '10 dec nov
0   0  0

## Fed Loan Servicing #

PO Box 69184
HARRISBURG, PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| Balance: | $11,080 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 01/2011 | Account Type: | Installment Account |
| High Balance: | $11,080 | Responsibility: | Individual Account |
| Collateral: | DEFERRED TO 07312011 | Date Opened: | 10/2008 |
| Past Due: | $0 | | |
| Terms: | $0 for 119 months | | |

3/4/2011                                          TransUnion

**Loan Type:** Student Loan
**Remark:** Payment deferred

| Late Payments | | |
|---|---|---|
| 14 months | Last 14 Months | OK OK OK OK OK OK OK OK OK OK OK OK OK OK |
| 30 60 90 | | dec nov oct sep aug jul jun may apr mar feb '10 dec nov |
| 0  0  0 | | |

## NATIONAL EDUACATION / GL #

P.O. BOX 7860
MADISON, WI 53707
(608) 246-1750

| | | | |
|---|---|---|---|
| **Balance:** $17,450 | **Pay Status:** Paid or Paying as Agreed |
| **Date Updated:** 01/2011 | **Account Type:** Installment Account |
| **High Balance:** $19,298 | **Responsibility:** Individual Account |
| **Collateral:** DEFERRED TO 01312011 | **Date Opened:** 09/2007 |
| **Past Due:** $0 | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

| Late Payments | | |
|---|---|---|
| 31 months | Last 31 Months | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |
| 30 60 90 | | dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb '09 |
| 0  0  0 | | OK OK OK OK OK OK OK |
| | | dec nov oct sep aug jul jun |

## R&G MORTGAGE CORP #13491**

PO BOX 362394
SAN JUAN, PR 00936-2394
(787) 766-8484

| | |
|---|---|
| **Balance:** $0 | **Pay Status:** Paid or Paying as Agreed |
| **Date Updated:** 08/2007 | **Account Type:** Mortgage Account |
| **High Balance:** $16,000 | **Responsibility:** Individual Account |
| **Collateral:** Freddie Mac 115510486 | **Date Opened:** 08/2005 |
| **Past Due:** $0 | **Date Closed:** 08/2007 |
| **Terms:** $170 for 180 months | |

**Loan Type:** Conventional Real Estate Mtg
**Remark:** Closed

| Late Payments | | |
|---|---|---|
| 23 months | Last 23 Months | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |
| 30 60 90 | | jul jun may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov oct sep |
| 0  0  0 | | |

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

### ECONOMIC DEVELOPMENT via FIRST AMERICAN CREDCO
248 FRANKLIN D ROO
AVE STE 305
HATO REY, PR 00917
(787) 274-7474

**Requested On:** 01/19/2011
**Inquiry Type:** Individual

**Permissible Purpose:** CREDIT TRANSACTION

## Inquiry Analysis

The companies listed in the regular inquiry section of your report that received your file in the last 90 days provided the following input on their request.

### FIRST AMERICAN CREDCO
**Requested On:** 01/19/2011

**Identifying information they provided:**
JOSE C VELEZCOLON

POB 142574
ARECIBO, PR 00614

## Promotional Inquiries

The companies listed below received your name, address and other limited Information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your credit score.

### SUNCOM - POSTING CODE
PO BOX 6270
GLEN ALLEN, VA 23058-6270
(877) 225-5786

**Requested On:**  10/2010

### SUNCOM - POSTING CODE