IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jose Carlos Velez Colon | |
| | **CIVIL NO:** |
| Plaintiff | |
| | |
| -v- | 1 1 - 2 1 8 |
| | **JURY TRIAL DEMANDED** |
| [1] CORELOGIC CREDCO, LLC ; | |
| [2] CORELOGIC CREDCO OF PUERTO RICO, INC. | |
| | |
| Defendants | |

FILED
MAR 1 4 2011
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COMPLAINT

TO THE HONORABLE COURT:

**NOW COMES** Plaintiff, Jose Carlos Velez Colon, pro se, and respectfully states and prays

as follows:

## INTRODUCTION

1.      This is an action for damages for damages resulting from several violations to the Fair

Credit Reporting Act, 15 U.S.C. § 1681 et seq. when Defendants, resellers of consumer

reports, intentionally and/or in reckless disregard or negligently failed to establish

reasonable procedures to ensure compliance with federal law. Defendants resold

Plaintiff's consumer report (1) using a fictitious name and (2) failed to disclose the true

identity of the end-user of the report in violation of its statutory duties under, inter alia,

section 607(e) of the Fair Credit Reporting Act (FCRA).

## JURISDICTION & VENUE

2.  Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681q.

3.  Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because all defendants are residents of Delaware.

## PARTIES

4.  Plaintiff is a consumer as defined in 15 U.S.C. § 1681a.

5.  Defendant **CORELOGIC CREDCO, LLC** is a Delaware corporation. It is incorporated as a Limited Liability Company in Delaware since 2005 and its File Number is 4004440. Its Registered Agent in Delaware is **CORPORATION SERVICE COMPANY,** 2711 CENTERVILLE ROAD SUITE 400, WILMINGTON DE. 19808. Phone: (302)636-5401.

6.  Defendant **CORELOGIC CREDCO OF PUERTO RICO, INC.** is a Delaware corporation. It is incorporated as a General Corporation in Delaware since 2002 and its File Number is 3483296. Its Registered Agent is **CORPORATION SERVICE COMPANY,** 2711 CENTERVILLE ROAD SUITE 400, WILMINGTON DE. 19808. Phone: (302)636-5401.

7.  At all times mentioned herein, Defendants, and each of them, were engaged in the business of reselling credit reports, and were "resellers," as defined by 15 U.S.C. § 1681a and section 607(e) of the Fair Credit Reporting Act.

8.  Each of the aforementioned Defendants is responsible in some manner, either by act or omission, strict liability, fraud, deceit, fraudulent concealment, negligence, respondeat superior, breach of contract or otherwise, for the occurrences herein alleged.

9.    At all times material hereto and mentioned herein, each of the Defendants sued  herein was the agent, servant, employer, joint venturer, partner, division, owner, subsidiary, alias, aider and abettor, assignee and/or alter-ego of  each of the remaining Defendants and was at all  times acting within the purpose  and scope of such agency, servitude, joint venture, division,  ownership, subsidiary, alias, assignment,  alter-ego, partnership or  employment and with the  authority, consent, approval and ratification of each remaining Defendant.

10.   At all times herein mentioned, each Defendant was acting in concert or participation with each other, and/or aided and abetted the other Defendants, and/or was a joint participant and collaborator in the acts complained of, and/or was the agent or employee of the others in doing the acts complained of herein, each and all of them acting within the course and scope of said agency and/or employment by the others, each and all of them acting in concert one with the other and all together.  Each Defendant was the co-conspirator, aider and abettor, agent, servant, employee, assignee and/or joint venturer of each of the other Defendants and was acting within the course and scope of said conspiracy, agency, employment, assignment and/or joint venture and with the permission and consent of each of the other Defendant.

**FACTUAL ALLEGATIONS**

**A. DEFENDANTS OBTAINED PLAINTIFF'S CONSUMER REPORT.**

11.   On January 19, 2011, Defendants obtained some information regarding Plaintiff from a national credit bureau known as Trans Union.

12.   Trans Union is, and was during the times relevant to this action, a "consumer reporting agency" as that term is defined at 15 U.S.C.A. § 1681a.

-3-

of Defendants violations to federal law is discoverable thought interrogatories, requests

for admission and/or depositions.

**B. PLAINTIFF LEARNS THAT DEFENDANTS OBTAINED HIS CONSUMER REPORT**

21.     On March 4, 2011, Plaintiff obtained a copy of his consumer report from Trans Union;

and a true copy of this report is included as **Exhibit No. I.**

22.      Exhibit No. I contains a section titled "Regular Inquiries" and the following language

immediately follows:

> *The following companies have received your credit report. Their inquiries remain on your credit report for two years.*

23.     One of the "inquiries" listed under the "Regular Inquiries" section of Exhibit No. 1  is

described as follows:

> *ECONOMIC DEVELOPMENT via FIRST AMERICAN CREDCO*
> *248 FRANKLIN D ROO AVE STE 305*
> *HATO REY , PR 00917*
> *(787) 274-7474*
>
> *Requested On: 01/19/2011*
> *Permissible Purpose: Credit Transaction*
> *Inquiry type: Individual.*

24.     On March 19, 2011, Defendants knowingly certified to Trans Union that an inexistent

company, FIRST AMERICAN CREDCO, was procuring Velez's consumer report; when the

actual parties who procured the report were two Delaware corporations, Defendants

**CORELOGIC CREDCO OF PUERTO RICO, INC. and CORELOGIC CREDCO LLC.**

25.     Contrary to what Defendants certified to Trans Union, Defendants identity at the time

was not was not "First American Credco."

32. As a result of Defendants conduct, third parties who will use Plaintiff's consumer report for one of the permissible purposes set forth in section 604 of the FCRA will incorrectly believe that Plaintiff engaged in business transactions or dealings with an entity named "Economic Development" who is located at *"248 FRANKLIN D ROO AVE STE 305*, HATO REY , PR 00917. (787) 274-7474" when this information is false and/or misleading in violation of the FCRA.

33. Section 607(e)(1)(A) of the FCRA provides that a reseller of consumer reports may "procure a consumer report for purposes of reselling the report (or any information in the report)" only if it discloses "the identity of the end-user of the report (or information)" to the credit bureau. Section 609(a)(3) requires the credit bureau, when responding to a consumer attempting to determine who has accessed his file, to identify the end-user -- not the intermediary -- as the recipient of the report. Thus, the amended FCRA results in the consumer being provided with the parties who actually used his or her credit file information.

34. Defendants failed to establish reasonable procedures and willfully or grossly negligently acted in disregard to their statutory duties under, inter alia, section 607(e)(2)(A)

35. The foregoing acts and omissions of Defendants constitute numerous and multiple violations of the FCRA including, but not limited to, of the above-cited provisions of the FCRA, 15 U.S.C. § 1681 et seq., with respect to Plaintiff.

36. As a result of Defendants' violations of the FCRA, Plaintiff is entitled any actual damages and statutory damages sustained by the consumer as a result of the failure or pursuant to 15 U.S.C. § 1681n(a)(1)(a); punitive damages as the court may allow pursuant to 15

U.S.C. § 1681n(a)(2); and reasonable attorney's fees and costs pursuant to 15 U.S.C. §

1681n(a)(3), from Defendants herein.

## CAUSES OF ACTION

### COUNT I
### CORELOGIC FAILED TO IDENTIFY THEMSELVES
### 15 U.S.C.A. § 1681 et seq.

37.   Plaintiff incorporates by reference all of the above paragraphs of this Complaint as fully

      stated herein.

38.   Defendants obtained Plaintiff consumer report for resale and willfully or grossly

      negligent disguised their true identity as resellers. Defendants conduct was a deviation

      from the strictures of the FCRA that unreasonably and unduly damaged the

      accurateness of Plaintiff's consumer report. Defendants failed to maintain reasonable

      procedures to comply with the FCRA.

### COUNT II
### CORELOGIC CONCEALED THE IDENTITY
### OF THE END-USER OF THE REPORT
### 15 U.S.C.A. § 1681 et seq.

39.   Plaintiff incorporates by reference all of the above paragraphs of this Complaint as

      though fully stated herein.

40.   Defendants willfully and/or grossly negligent or negligently concealed the identity, of

      **BANCO**, e.g. actual name and contact information, in violation of its statutory duties

      under the FCRA. Defendants failed to maintain reasonable procedures to comply with

      their obligations under section 607(e) of the FCRA. Defendants conduct was a deviation

      from the strictures of the FCRA that unreasonably and unduly damaged the

      accurateness of Plaintiff's consumer report.

41.  Defendants conduct was intentional or reckless because it failed to establish reasonable procedures, supervision and training to its employees with regard to their obligations under the FCRA; and Defendants intentionally or recklessly failed to comply with the FCRA when it obtained and used Plaintiff's consumer report in violation of section 607(e), actionable under 15 U.S.C.A. § 1681q, with civil sanctions available under 15 U.S.C.A. §§ 1681n or 1681o. Accordingly, Plaintiff seeks, inter alia, statutory and punitive damages pursuant to *Safeco Ins. Co. v. Burr*, No. 06-84, 2007 U.S. LEXIS 6963 (June 4, 2007) in view of Defendants' reckless disregard to their statutory duties.

42.  One of the cardinal goals of the FCRA is to protect the accuracy of consumer reports for the reason inaccurate reports affect the banking industry, the consumer, and the macroeconomics of this Nation. If users of consumers reports adopt the habit of certifying inaccurate information to consumer reporting agencies, then other legitimate users of consumer reports will take action based on inaccurate and erroneous information. Thus, the aegis protection of the FCRA over the economy is damaged.

**TRIAL BY JURY**

43.  Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that judgment be entered against each Defendant:

- For an award of actual damages or statutory damages of one thousand dollars (**$1,000**) pursuant to 15 U.S.C. § 1681n(a) or 15 U.S.C.A. § 1681o against Defendants and for Plaintiff.

- For an award of punitive damages as the court may allow pursuant to 15 U.S.C. § 1681n(a)(2).

- Prejudgment interests pursuant to 15 U.S.C. § 1681 et.seq.

- For an award of costs of litigation and reasonable attorney's fees  pursuant to 15 U.S.C. § 1681(a)(3) against Defendants and for Plaintiff; and

- For such other and further relief as may be just and proper.

Respectfully submitted,

Dated: March 2, 2011

Jose Carlos Velez Colon

PO BOX 142574
Arecibo, PR 00614
Telephone:  (787) 457-4434
E-mail: jcvelezcolon@yahoo.com
IN PRO SE

3/4/2011                          TransUnion

*Exhibit II*

 Trans**Union**

your products    your account    help    logout

| welcome | credit report | score | security freeze | 3-in-1 report | credit monitoring | debt analysis | learning center | savings source |
|---|---|---|---|---|---|---|---|---|

transunion credit report    report an inaccuracy    consumer rights

## Personal Credit Report

JOSE CARLOS VELEZ COLON
Source: TransUnion

March 4, 2011
Available until April 3, 2011

### Get Instant Message Updates About Your Credit Report

- **Alerts you to possible fraud**
- **Sent to your desktop**
- **No need to check email**

Free downloadable application
Learn more >>

High Debt? 
Erase it Here

Capital One 
Card Offers

Refinance!
GTLenders.com

 Display a printer friendly version

Found an inaccuracy? Click to learn about correcting

## Personal Information

| | | | |
|---|---|---|---|
| | | File Number: | 234378941 |
| | | Date issued: | 03/04/2011 |

**Name:**          JOSE CARLOS VELEZ COLON

**SSN:**                        -8429
**Date of Birth:**            /1982
**Telephone**              457-4434

You have been on our files since 05/2003

### CURRENT ADDRESS

**Address:**     PO BOX 142574
                 ARECIBO, PR 00614

**Date Reported:**  04/2006

### PREVIOUS ADDRESSES

**Address:**     3600 S. LAS VEGAS BV.
                 LAS VEGAS, NV 89109

**Date Reported:**  03/2006

**Address:**     PO BOX 6693
                 MAYAGUEZ, PR 00681

### EMPLOYMENT DATA REPORTED

**Employer Name:** AGRONOMO
**Date Verified:** 05/2009

**Position:**
**Date Hired:**

**Employer Name:** HIDROCULTIVOS JC
**Date Reported:** 03/2005

**Position:**
**Date Hired:**

**Employer Name:** SE AGRICULTURA
**Location:** HATILLO, PR
**Date Reported:** 02/2005

**Position:**
**Date Hired:**     NEGOCIO PROPIO

Special Notes: The display of your account numbers has been modified for your protection. Also if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

3/4/2011                                      TransUnion

## Adverse Accounts

The following accounts contain information that some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

### BANCO DE DESARR ECON PR #

PO BOX 2134
SAN JUAN , PR 00922-2134
(809) 766-4300

| | | | |
|---|---|---|---|
| Balance: | $4,211 | Pay Status: | >30 Days Past Due< |
| Date Updated: | 02/2011 | Account Type: | Installment Account |
| High Balance: | $15,340 | Responsibility: | Individual Account |
| Past Due: | >$203 < | Date Opened: | 09/2005 |
| Terms: | $191 for 85 months | | |

Loan Type: Agricultural Loan
>Maximum delinquency of 60 days in 06/2007<
Estimated date that this item will be removed:  01/2018

Late Payments
48 months          Last 48

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK | OK | OK | X | OK | X | OK | OK | OK | OK | OK |
| '11 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '10 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |

Months

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | OK | 30 | 30 | 30 |
| '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |

30  60  90
>3< >1<  0

### BANCO DE DESARR ECON PR #

POB 2134
SAN JUAN , PR 00922
(787) 641-4300

| | | | |
|---|---|---|---|
| Balance: | $7,088 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 02/2011 | Account Type: | Revolving Account |
| High Balance: | $7,158 | Responsibility: | Individual Account |
| Credit Limit: | $7,000 | Date Opened: | 03/2005 |
| Past Due: | $0 | | |
| Terms: | Minimum $148 | | |

Loan Type: Credit Card

Late Payments
48 months          Last 48

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| '11 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '10 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |

Months

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |

30  60  90
>1<  0   0

### BANCO DE DESARR ECON PR #

PO BOX 2134
SAN JUAN , PR 00922-2134
(809) 766-4300

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | Paid or Paying as Agreed |
| Date Updated: | 08/2007 | Account Type: | Installment Account |
| High Balance: | $23,260 | Responsibility: | Individual Account |
| Past Due: | $0 | Date Opened: | 09/2005 |
| Terms: | $0 for 13 months | Date Closed: | 08/2007 |

Loan Type: Agricultural Loan
Remark: Closed
>Maximum delinquency of 120+ days in 02/2007<

Late Payments
22 months          Last 22

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 120 | 120 | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | X | OK | X | X | X | OK | OK | OK | OK |
| jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct |

Months

30  60  90
>1< >1< >7<

### BANK OF AMERICA #

9000 SOUTHSIDE BLV
BLDG 600 FL9-600-0
JACKSONVILLE , FL 32256
(800) 215-6195

| | | | |
|---|---|---|---|
| Balance: | $4,457 | Pay Status: | >60 Days Past Due< |
| Date Updated: | 02/2011 | Account Type: | Installment Account |
| High Balance: | $18,814 | Responsibility: | Individual Account |
| Past Due: | >$660 < | Date Opened: | 12/2005 |
| Terms: | $330 for 72 months | | |

Loan Type: Automobile
>Maximum delinquency of 90 days in 06/2007<
Estimated date that this item will be removed:  12/2017

Late Payments
48 months          Last 48

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 30 | OK | OK | 30 | 30 | 90 | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | 60 | 60 | OK | OK | OK |
| '11 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '10 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |

Months

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | 30 | OK | OK | 30 | OK | OK | 90 | 60 | 30 | OK | OK |
| '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |

30  60  90
>12< >2< >1<

3/4/2011                                     TransUnion

## CREDIT PROTECTION ASSOC #

| | | | |
|---|---|---|---|
| 13355 NO EL RD<br>STE 2100<br>DALLAS , TX 75240<br>(972) 233-9614 | **Balance:** | $198 | **Pay Status:** >Collection Account< |
| | **Date Updated:** | 02/2011 | **Account Type:** Open Account |
| | **Original Balance:** | $198 | **Responsibility:** Individual Account |
| | **Original Creditor:** | 11 ONELINK<br>COMMUNICATIONS | |
| | **Past Due:** | >$198< | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 07/2010 ]
**Estimated date that this item will be removed:** 05/2017

## TOYOTA MOTOR CREDIT CORP #

| | | | |
|---|---|---|---|
| 5005 N RIVER BLVD<br>CEDAR RAPIDS , IA 52411-6634<br>Phone number not available | **Balance:** | $1,253 | **Pay Status:** >30 Days Past Due< |
| | **Date Updated:** | 01/2011 | **Account Type:** Installment Account |
| | **High Balance:** | $22,556 | **Responsibility:** Individual Account |
| | **Past Due:** | >$313< | **Date Opened:** 04/2005 |
| | **Terms:** | $313 for 72 months | |

**Loan Type:** Automobile
**Remark:** Dispute resolved - customer disagrees
>Maximum delinquency of 60 days in 07/2010 for $538<
**Estimated date that this item will be removed:** 11/2017

| Late Payments | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 months | **Last 48** | OK | 60 | 30 | 60 | 60 | 30 | 30 | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK |
| | | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '10 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '09 |
| 120 60 90 | **Months** | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| >5< >3< 0 | | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '07 |

## VERIZON WIRELESS #

| | | | |
|---|---|---|---|
| PO BOX 70367<br>SAN JUAN , PR 00936-8367<br>(787) 759-6000 | **Balance:** | | **Pay Status:** >60 Days Past Due< |
| | **Date Updated:** | 12/2008 | **Account Type:** Open Account |
| | **High Balance:** | $13 | **Responsibility:** Individual Account |
| | | | **Date Opened:** 09/2008 |

**Loan Type:** Cellular
>Maximum delinquency of 60 days in 12/2008<
**Estimated date that this item will be removed:** 10/2015

## Satisfactory Accounts

The following accounts are reported with no adverse information.

## ACCESS GROUP INC #

| | | | |
|---|---|---|---|
| 1411 FOULK RD<br>P O B 7430<br>WILMINGTON , DE 19803-2727<br>(800) 282-1550 | **Balance:** | $0 | **Pay Status:** Paid or Paying as Agreed |
| | **Date Updated:** | 08/2010 | **Account Type:** Installment Account |
| | **High Balance:** | $8,188 | **Responsibility:** Individual Account |
| | **Past Due:** | $0 | **Date Opened:** 09/2009 |
| | **Terms:** | $102 for 120 months | **Date Closed:** 08/2010 |

**Loan Type:** Student Loan
**Remark:** Closed

| Late Payments | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 months | **Last 10** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 30 60 90 | **Months** | jul | jun | may | apr | mar | feb | '10 | dec | nov | oct |
| 0  0  0 | | | | | | | | | | | |

## ACCESS GROUP INC #

| | | | |
|---|---|---|---|
| 1411 FOULK RD<br>P O B 7430<br>WILMINGTON , DE 19803-2727<br>(800) 282-1550 | **Balance:** | $0 | **Pay Status:** Paid or Paying as Agreed |
| | **Date Updated:** | 08/2010 | **Account Type:** Installment Account |
| | **High Balance:** | $8,500 | **Responsibility:** Individual Account |
| | **Past Due:** | $0 | **Date Opened:** 09/2009 |
| | **Terms:** | $98 for 120 months | **Date Closed:** 08/2010 |

**Loan Type:** Student Loan
**Remark:** Closed

| Late Payments | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 months | **Last 10** | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

3/4/2011                                        TransUnion

|     |     |     |   | Months | jul jun may apr mar feb '10 dec nov oct |
|-----|-----|-----|---|--------|-----------------------------------------|
| 0   | 60  | 90  |   |        |                                         |
| 0   | 0   | 0   |   |        |                                         |

## ACCESS GROUP INC #:

1411 FOULK RD
POB 7430
WILMINGTON , DE 19803-2727
(800) 282-1550

**Loan Type:** Student Loan
**Remark:** Closed

| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
|---|---|---|---|
| **Date Updated:** | 09/2009 | **Account Type:** | Installment Account |
| **High Balance:** | $8,500 | **Responsibility:** | Individual Account |
| **Past Due:** | $0 | **Date Opened:** | 10/2008 |
| **Terms:** | $98 for 120 months | **Date Closed:** | 09/2009 |

**Late Payments**
10 months          **Last 10**
| 30 | 60 | 90 | | Months | OK OK OK OK OK OK OK OK OK OK |
|----|----|----|---|--------|-------------------------------|
| 0  | 0  | 0  | |        | aug jul jun may apr mar feb '09 dec nov |

## ACCESS GROUP INC #:    **

1411 FOULK RD
POB 7430
WILMINGTON , DE 19803-2727
(800) 282-1550

**Loan Type:** Student Loan
**Remark:** Closed

| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
|---|---|---|---|
| **Date Updated:** | 09/2009 | **Account Type:** | Installment Account |
| **High Balance:** | $11,080 | **Responsibility:** | Individual Account |
| **Past Due:** | $0 | **Date Opened:** | 10/2008 |
| **Terms:** | $145 for 120 months | **Date Closed:** | 09/2009 |

**Late Payments**
10 months          **Last 10**
| 30 | 60 | 90 | | Months | OK OK OK OK OK OK OK OK OK OK |
|----|----|----|---|--------|-------------------------------|
| 0  | 0  | 0  | |        | aug jul jun may apr mar feb '09 dec nov |

## AES #

POB 2461
HARRISBURG , PA 17102-2461
(800) 233-0557

**Loan Type:** Student Loan
**Remark:** Account closed by consumer

| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
|---|---|---|---|
| **Date Updated:** | 09/2005 | **Account Type:** | Installment Account |
| **High Balance:** | $2,700 | **Responsibility:** | Individual Account |
| **Collateral:** | DEFERRED TO 06212005 | **Date Opened:** | 03/2004 |
| **Past Due:** | $0 | **Date Closed:** | 09/2005 |
| **Terms:** | $0 for 1 months | | |

**Late Payments**
17 months          **Last 17**
| 30 | 60 | 90 | | Months | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |
|----|----|----|---|--------|-----|
| 0  | 0  | 0  | |        | aug jul jun may apr mar feb '05 dec nov oct sep aug jul jun may apr |

## AES #

POB 2461
HARRISBURG , PA 17102-2461
(800) 233-0557

**Loan Type:** Student Loan
**Remark:** Account closed by consumer

| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
|---|---|---|---|
| **Date Updated:** | 09/2005 | **Account Type:** | Installment Account |
| **High Balance:** | $2,750 | **Responsibility:** | Individual Account |
| **Collateral:** | DEFERRED TO 06212005 | **Date Opened:** | 10/2004 |
| **Past Due:** | $0 | **Date Closed:** | 09/2005 |
| **Terms:** | $0 for 1 months | | |

**Late Payments**
10 months          **Last 10**
| 30 | 60 | 90 | | Months | OK OK OK OK OK OK OK OK OK OK |
|----|----|----|---|--------|-------------------------------|
| 0  | 0  | 0  | |        | aug jul jun may apr mar feb '05 dec nov |

## AES/ BANK OF NEW YORK US #

POB 2461
HARRISBURG , PA 17102-2461

| **Balance:** | $4,250 | **Pay Status:** | Paid or Paying as Agreed |
|---|---|---|---|
| **Date Updated:** | 01/2011 | **Account Type:** | Installment Account |

3/4/2011

(800) 233-0557

TransUnion

| | |
|---|---|
| High Balance: | $4,250 |
| Collateral: | DEFERRED TO 07312011 |
| Past Due: | $0 |
| Terms: | $0 for 119 months |

| | |
|---|---|
| Responsibility: | Individual Account |
| Date Opened: | 01/2007 |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**

47 months    **Last 47**

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb '09
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may apr mar feb

## AES/ BANK OF NEW YORK US #!

P O B 2461
HARRISBURG , PA 17102-2461
(800) 233-0557

| | |
|---|---|
| Balance: | $5,000 |
| Date Updated: | 01/2011 |
| High Balance: | $5,000 |
| Collateral: | DEFERRED TO 07312011 |
| Past Due: | $0 |
| Terms: | $0 for 119 months |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 01/2007 |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**

47 months    **Last 47**

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb '09
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may apr mar feb

## BANK OF AMERICA #:

PO BOX 17054
WILMINGTON , DE 19850-7054
(800) 421-2110

| | |
|---|---|
| Balance: | $2,561 |
| Date Updated: | 02/2011 |
| High Balance: | $2,561 |
| Credit Limit: | $2,500 |
| Past Due: | $0 |
| Terms: | Minimum $88 |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 09/2003 |

**Loan Type:** Credit Card

**Late Payments**

33 months    **Last 33**

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Months**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
'11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb
OK OK OK OK OK OK OK OK OK
'09 dec nov oct sep aug jul jun may

## CITIFINANCIAL #

APTDO 1962
ARECIBO , PR 00613
(787) 878-5000

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/2005 |
| High Balance: | $3,000 |
| Past Due: | $0 |
| Terms: | $115 for 42 months |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 03/2005 |
| Date Closed: | 09/2005 |

**Loan Type:** Unsecured
**Remark:** Closed

**Late Payments**

5 months    **Last 5**

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Months**

OK OK OK OK OK
aug jul jun may apr

## FEDLOAN SERVICING #

P O B 69184
HARRISBURG , PA 17106
(800) 699-2908

| | |
|---|---|
| Balance: | $8,188 |
| Date Updated: | 01/2011 |
| High Balance: | $8,188 |
| Collateral: | DEFERRED TO 07312011 |
| Past Due: | $0 |
| Terms: | $0 for 119 months |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 09/2009 |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**

3 months    **Last 3**

| 30 | 60 | 90 |
|---|---|---|
| 0 | 0 | 0 |

**Months**

OK OK OK
dec nov oct

3/4/2011                                            TransUnion

## FEDLOAN SERVICING #

POB 69184
HARRISBURG , PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| **Balance:** | $8,500 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 01/2011 | **Account Type:** | Installment Account |
| **High Balance:** | $8,500 | **Responsibility:** | Individual Account |
| **Collateral:** | DEFERRED TO 07312011 | **Date Opened:** | 09/2009 |
| **Past Due:** | $0 | | |
| **Terms:** | $0 for 120 months | | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
3 months              **Last 3**
30  60  90            **Months**
0   0   0

OK OK OK
dec nov oct

## FEDLOAN SERVICING #

POB 69184
HARRISBURG , PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| **Balance:** | $4,250 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 01/2011 | **Account Type:** | Installment Account |
| **High Balance:** | $4,250 | **Responsibility:** | Individual Account |
| **Collateral:** | DEFERRED TO 07312011 | **Date Opened:** | 10/2010 |
| **Past Due:** | $0 | | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
2 months              **Last 2**
30  60  90            **Months**
0   0   0

OK OK
dec nov

## FEDLOAN SERVICING #

POB 69184
HARRISBURG , PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| **Balance:** | $4,490 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 01/2011 | **Account Type:** | Installment Account |
| **High Balance:** | $4,490 | **Responsibility:** | Individual Account |
| **Collateral:** | DEFERRED TO 07312011 | **Date Opened:** | 10/2010 |
| **Past Due:** | $0 | | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
2 months              **Last 2**
30  60  90            **Months**
0   0   0

OK OK
dec nov

## Fed Loan Servicing #

PO Box 69184
HARRISBURG , PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| **Balance:** | $8,500 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 01/2011 | **Account Type:** | Installment Account |
| **High Balance:** | $8,500 | **Responsibility:** | Individual Account |
| **Collateral:** | DEFERRED TO 07312011 | **Date Opened:** | 10/2008 |
| **Past Due:** | $0 | | |
| **Terms:** | $0 for 119 months | | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
14 months             **Last 14**
30  60  90            **Months**
0   0   0

OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '10 dec nov

## Fed Loan Servicing #

PO Box 69184
HARRISBURG , PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| **Balance:** | $11,080 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 01/2011 | **Account Type:** | Installment Account |
| **High Balance:** | $11,080 | **Responsibility:** | Individual Account |
| **Collateral:** | DEFERRED TO 07312011 | **Date Opened:** | 10/2008 |
| **Past Due:** | $0 | | |
| **Terms:** | $0 for 119 months | | |

3/4/2011                                    TransUnion

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
14 months                Last 14   OK OK OK OK OK OK OK OK OK OK OK OK OK OK
30 60 90                 Months    dec nov oct sep aug jul jun may apr mar feb '10 dec nov
0   0  0

## NATIONAL EDUACATION / GL #

P.O. BOX 7860
MADISON , WI 53707
(608) 246-1750

| | | | |
|---|---|---|---|
| **Balance:** | $17,450 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 01/2011 | **Account Type:** | Installment Account |
| **High Balance:** | $19,298 | **Responsibility:** | Individual Account |
| **Collateral:** | DEFERRED TO 01312011 | **Date Opened:** | 09/2007 |
| **Past Due:** | $0 | | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
31 months                Last 31   OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
30 60 90                 Months    dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb '09
0   0  0                           OK OK OK OK OK OK OK OK
                                   dec nov oct sep aug jul jun

## R&G MORTGAGE CORP #13491**

PO BOX 362394
SAN JUAN , PR 00936-2394
(787) 766-8484

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 08/2007 | **Account Type:** | Mortgage Account |
| **High Balance:** | $16,000 | **Responsibility:** | Individual Account |
| **Collateral:** | Freddie Mac 115510486 | **Date Opened:** | 08/2005 |
| **Past Due:** | $0 | **Date Closed:** | 08/2007 |
| **Terms:** | $170 for 180 months | | |

**Loan Type:** Conventional Real Estate Mtg
**Remark:** Closed

**Late Payments**
23 months                Last 23   OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
30 60 90                 Months    jul jun may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov oct sep
0   0  0

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

### ECONOMIC DEVELOPMENT via FIRST AMERICAN CREDCO
248 FRANKLIN D ROO        **Requested On:**    01/19/2011       **Permissible Purpose:** CREDIT TRANSACTION
AVE STE 305               **Inquiry Type:**    Individual
HATO REY , PR 00917
(787) 274-7474

## Inquiry Analysis

The companies listed in the regular inquiry section of your report that received your file in the last 90 days provided the following input on their request.

### FIRST AMERICAN CREDCO
**Requested On:** 01/19/2011          **Identifying information they provided:**
                                      JOSE C VELEZCOLON

                                      POB 142574
                                      ARECIBO, PR 00614

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your credit score.

### SUNCOM - POSTING CODE
PO BOX 6270               **Requested On:**    10/2010
GLEN ALLEN , VA 23058-6270
(877) 225-5786

### SUNCOM - POSTING CODE